**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| In Re: | GERALD WEATHERLY ) | |
| | AMY WEATHERLY ) | Case No. 14-61273-abf13 |
| | ) | |
| | Debtors ) | |

## AMENDMENT TO CHAPTER 13 PLAN

COME NOW Debtors, by and through counsel, and amend the Chapter 13 Plan to reflect the following:

1. **SECURED CREDITORS HOLDING A PURCHASE MONEY SECURITY INTEREST ("PMSI") ENTITLED TO RECEIVE ADEQUATE PROTECTION**

    a. The trustee shall pay to the holder of each allowed secured claim the EMA listed below with the appropriate discount rate.

    b. *An equal monthly amount must be provided for creditors listed in this paragraph.*

    c. Claims to which §506 valuation is not applicable:

    Claims listed in this subsection consist of debts secured by a purchase money security interest in a vehicle acquired for the personal use of the debtor for which the debt was incurred within 910 days of filing the bankruptcy petition, or, if the collateral for the debt is any other thing of value, the debt was incurred within 1 year of filing. See §1325(a)(5) and the hanging paragraph.

| Creditor name | Last 4 digits of account # | Collateral | Interest rate | EMA payment through plan |
|---|---|---|---|---|
| | | | Ch13 Rate | $ |
| | | | Ch13 Rate | $ |
| | | | Ch13 Rate | $ |

    d. Claims to which §506 valuation is applicable:

    Claims listed in this subsection consist of any PMSI claims secured by personal property not described in paragraph 7(c) above. The portion of any allowed claim that exceeds the value indicated below shall be treated as a non-priority unsecured claim. See §§1325(a)(5) and 506(a).

| Creditor name | Last 4 digits of account # | Collateral | Value of collateral | Interest rate | EMA payment through plan |
|---|---|---|---|---|---|
| Car Mart | | 2008 Dodge Caliber | $6,198.75 (95% NADA Retail) | Ch13 Rate | $115.00 |
| United Financial Consumer Services (Kirby) | | Kirby Vacuum | $300 | Ch13 Rate | $10.00 |
| | | | $ | Ch13 Rate | $ |

2.    All other provisions of Debtor's Chapter 13 plan shall remain the same.

Dated: 04/28/2015

Respectfully submitted,
LICATA BANKRUPTCY FIRM, P.C.

/s/ J. Paige Oster
Marc D. Licata #54957
J. Paige Oster #65084
1442 E. Bradford Parkway
Springfield, MO 65804
(417) 887-3328 / Fax (417) 887-8091
ATTORNEY FOR DEBTORS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on Tuesday, April 28, 2015 by providing an electronic copy to Richard V. Fink, Chapter 13 Trustee, and either electronically or by U.S. Mail, first class postage prepaid to all parties of interest.

/s/ J. Paige Oster